FILED
2008 Feb-11 AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROCCO J. LEO, As Trustee of the Bankruptcy Estate of Marty Sons, <br><br> Plaintiff, <br><br> vs. <br><br> ALL SEASONS TRAVEL AGENCY INC., OONAGH MICHELE MORRIS SONS, RHONDA CREEK, KRISTEN WHETSTONE, <br><br> Defendants. | Case No.  5:07-cv-1589-TMP |

## MEMORANDUM OPINION

The court has before it the report and recommendation filed by the magistrate judge on January 15, 2008, as well as the objections to the report and recommendation by Marty Sons.  In the report and recommendation, the magistrate judge found that the court lacked subject-matter jurisdiction to consider the claims in the plaintiff's complaint, and recommended that the complaint be dismissed without prejudice.  Based on plaintiff's objections, the court is required to undertake a *de novo* review.

Having now carefully considered and reviewed *de novo*, the court finds that the report of the magistrate judge is correct and that the plaintiff's objections, such as they are, are due to be overruled.  As noted by the magistrate judge, the complaint is filed not by Mr. Leo, the trustee in bankruptcy over the bankrupt estate of Marty Sons, but by Marty Sons, the bankruptcy debtor. Further, the complaint purports to appeal to this court the decision of the Circuit Court of Madison County, Alabama.  On either of these grounds, the court lacks subject-matter jurisdiction.  First, as

explained by the magistrate judge, Sons has no standing to pursue a claim related to an asset of the bankruptcy estate. That standing belongs to the trustee himself, not the debtor. Thus, lacking standing, Sons cannot press this action before the court; only the trustee may do that. Secondly, even if Sons had standing, this court has no jurisdiction to consider an "appeal" from a state circuit court. Under the *Rooker-Feldmna* doctrine, review of final state court opinions lies only to the United States Supreme Court.

Based on these considerations, therefore, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendation that the complaint be DISMISSED WITHOUT PREJUDICE for want of subject-matter jurisdiction. Accordingly, the court will enter a separate order dismissing this action without prejudice.

The Clerk is **DIRECTED** to mail a copy of the foregoing to Marty Sons.

DONE this 11th day of February, 2008.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE